

**COM.**

v.

**BANKS, D.**

**2725 EDA 2016**

Superior Court of Pennsylvania.

09/25/2017

Reargument Denied 10/25/2017

CP–15–CR–0004269–2007 (Chester)

Affirmed

**COM.**

v.

**FLOYD, T.**

**3403 EDA 2016**

Superior Court of Pennsylvania.

09/25/2017

Reargument Denied 12/6/2017

CP–51–CR–1215912–1977 (Philadelphia)

Affirmed

**CUSTOMERS BANK**

v.

**REITNOUR, P.**

**397 EDA 2017**

Superior Court of Pennsylvania.

09/25/2017

2014–03537–JD (Chester)

Quashed

**CUSTOMERS BANK**

v.

**ANYTHING FOR SALE**

**399 EDA 2017**

Superior Court of Pennsylvania.

09/25/2017

2014–03535–JD (Chester)

Quashed

**CUSTOMERS BANK**

v.

**REITNOUR, P.**

**416 EDA 2017**

Superior Court of Pennsylvania.

09/25/2017

2014–03538–JD (Chester)

Quashed

